**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **26-MJ-80-MJS** |
| **COLE TOMAS ALLEN** | : | |

### NOTICE OF FILING

Cole Tomas Allen, through undersigned counsel, submits this notice to make part of the record the attached discovery/*Brady* requests made in the above-captioned case.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____

TEZIRA ABE
EUGENE OHM
Assistant Federal Public Defenders
625 Indiana Ave. N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500