# EXHIBIT A

Hello everybody!

So I may have given a lot of people a surprise today. Let me start off by apologizing to everyone whose trust I abused.

I apologize to my parents for saying I had an interview without specifying it was for "Most Wanted."

I apologize to my colleagues and students for saying I had a personal emergency (by the time anyone reads this, I probably most certainly DO need to go to the ER, but can hardly call that not a self-inflicted status.)

I apologize to all of the people I traveled next to, all the workers who handled my luggage, and all the other non-targeted people at the hotel who I put in danger simply by being near.

I apologize to everyone who was abused and/or murdered before this, to all those who suffered before I was able to attempt this, to all who may still suffer after, regardless of my success or failure.

I don't expect forgiveness, but if I could have seen any other way to get this close, I would have taken it. Again, my sincere apologies.

On to why I did any of this:

I am a citizen of the United States of America.

What my representatives do reflects on me.

And I am no longer willing to permit a pedophile, rapist, and traitor to coat my hands with his crimes.

(Well, to be completely honest, I was no longer willing a long time ago, but this is the first real opportunity I've had to do something about it.)

While I'm discussing this, I'll also go over my expected rules of engagement (probably in a terrible format, but I'm not military so too bad.)

Administration officials (not including Mr. Patel): they are targets, prioritized from highest-ranking to lowest

Secret Service: they are targets only if necessary, and to be incapacitated non-lethally if possible (aka, I hope they're wearing body armor because center mass with shotguns messes up people who *aren't*

Hotel Security: not targets if at all possible (aka unless they shoot at me)

Capitol Police: same as Hotel Security

National Guard: same as Hotel Security

Hotel Employees: not targets at all

Guests: not targets at all

In order to minimize casualties I will also be using buckshot rather than slugs (less penetration through walls)

I would still go through most everyone here to get to the targets if it were absolutely necessary (on the basis that most people *chose* to attend a speech by a pedophile, rapist, and traitor, and are thus complicit) but I really hope it doesn't come to that.

Rebuttals to objections:

Objection 1: As a Christian, you should turn the other cheek.

Rebuttal: Turning the other cheek is for when you yourself are oppressed. I'm not the person raped in a detention camp. I'm not the fisherman executed without trial. I'm not a schoolkid blown up or a child starved or a teenage girl abused by the many criminals in this administration.

Turning the other cheek when *someone else* is oppressed is not Christian behavior; it is complicity in the oppressor's crimes.

Objection 2: This is not a convenient time for you to do this.

Rebuttal: I need whoever thinks this way to take a couple minutes and realize that the world isn't about them. Do you think that when I see someone raped or murdered or abused, I should walk on by because it would be "inconvenient" for people who aren't the victim?

This was the best timing and chance of success I could come up with.

Objection 3: You didn't get them all.