**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 1:26-mj-00080** |
| | : | |
| **COLE TOMAS ALLEN,** | : | |
| | : | |
| **Defendant.** | : | |

**NOTICE OF FILING OF EXHIBITS**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits and makes part of the record in this case the attached exhibits provided to and reviewed by the Court in advance of the April 30, 2026, detention hearing in this case.   The exhibits were also provided to the defense in advance of the hearing.   The government submitted the exhibits in support of its motion for pretrial detention, ECF No. 10, which the defense later conceded and the Court granted the same day.   In the interest of time, rather than file a supplemental pleading on the docket prior to the detention hearing, the government submitted the exhibits, which included material not available to government counsel at the time the government filed its detention motion, directly to the Court and defense counsel in advance of the hearing with the expectation that those materials would become part of the record at the hearing.   Because the defendant conceded detention for the time being during the hearing, the exhibits were not made part of the record.   The government now formally completes the record presented to the Court and provided to the defense in support of its detention motion.[1]

---

[1] Government Exhibit 1 is a video file that is not compatible with electronic filing through the CM/ECF system.   The U.S. Attorney's Office will make that video publicly available on its official X.com account, @USAO-DC.

Respectfully Submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

*/s/ Charles R. Jones*
CHARLES R. JONES (D.C. Bar No. 1035541)
JOCELYN BALLANTINE (CA Bar No. 208267)
ADAM P. BARRY (CA Bar No. 294449)
Assistant United States Attorneys
National Security Section
601 D Street, NW
Washington, D.C. 20530

2