**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA        :

      v.                              :                **26-MJ-80-MJS**

COLE TOMAS ALLEN                :

## ORDER

Upon consideration of Mr. Allen's motion, and finding good cause it is hereby

ORDERED that the motion is granted; and it is further

ORDERED that the come up for Mr. Allen is cancelled and the hearing set for

May 4, 2026 at 12:00 p.m. is vacated.

SIGNED AND ENTERED this _____ day of _____ 2026.

_____
THE HONORABLE ZIA M. FARUQUI